FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT of FLORIDA JACKSONVILLE DIVISION

2016 SEP 12 PM 12: 03

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

Case: 3:16 CV 1154-J-39 PDB

**NEIL ANDRE BUTLER**
Plaintiff

vs.

**STATE OF FLORIDA**
&
**JACKSONVILLE SHERIFF OFFICE**
Defendant

Complaint for

Deprivation of Human Rights

## Complaint

Defendant, NEIL ANDRE BUTLER, sues plaintiff, City of Jacksonville and alleges:
- The U.S. Government is the basis of jurisdiction in this action.
- The cause of action is under 42 U.S.C. 1983.
- NEIL ANDRE BUTLER, is a trust established for the benefit of the beneficiary, Neil who is a living man.
- Neil is a living man, non-domestic, without the United States.
- On June 26, 2012, representatives of Jacksonville Sheriff Office, herein referred to as JSO, came into the Neil's place of business, and arrested him.
- Then JSO arrested Neil without a warrant, signed by a judge.
- Then Neil suffered great shame and indignity, during this false arrest, as JSO handcuffed and paraded, Neil around the mall, in handcuffs.
- The JSO officers, then imprisoned Neil for a period of eight days, which deprived Neil of his Private liberties.
- Neil, at no time, breached any public, or private trust.
- Neil has the right to protect himself against harm.
- Having no legal basis to proceed to prosecute, the State Attorney, took no action to attempt to prosecute.
- JSO breached public trust, and their Oaths to the Constitution.
- As a result of JSO's actions, Neil was unable to fulfill his private business contract, and therefore lost out on financial gain, which he might otherwise have received, had JSO honored their Oaths to the Constitution.
- The defendant has filed claim with Risk Management, (claim # 1420 01 882), in an attempt to handle the matter, of compensation for injury, without it becoming a public controversy.
- TAKE JUDICIAL NOTICE, Defendant has attached 1968 Florida Constitution, Declaration of Rights (Exhibit A), which is in place to protect the rights, of the private man. Plaintiff violated Article 1:
- Section 2 Basic Rights
- Section 19 Cost. Neil paid with the cost of his freedom and liberties, without a judgment of conviction.

- Section 12 Searches and seizures. Neil's body was seized without a warrant.
- Plaintiff refuses to accept liability for the injury they caused the defendant.
- The defendant has tried to handle this matter privately, by noticing agents and principals, and giving them an opportunity to cure any errors.
- The defendant has exhausted his administrative remedies, and is left no option, but to seek a public means of redress.
- TAKE JUDICIAL NOTICE, Case law sets precedent for unlawful detainment at $75,000 an hour, [Trezevant v. City Of Tampa].

WHEREFORE plaintiff demands judgment for damages against the defendant, in the amount fourteen million, four hundred thousand dollars, ($14,400,000), and to cover all current legal compensation in the amount of $10,000, payable to trust, Neil Andre Butler.

i Understand that i am swearing affirming under oath to the truthfulness of the claims made in this petition and that the punishment for making false statements include fines and/or imprisonment.

All rights reserved,

BY: _Butler, Neil A._   Non-domestic/ w/ out United States
Neil
Private owner
Authorized Representative

State of FLORIDA
County of Duval

Before me this day personally appeared _Butler, Neil A_ who, being duly affiant sworn to (or affirmed) and subscribed before me this _8th_ day of _September_, 20_16_, who is personally known to me or produced a _N/A_ as identification



DON PLUMMER
MY COMMISSION #FF949727
EXPIRES: JAN 12, 2020
Bonded through 1st State Insurance

Exhibit A