

# Florida Constitution Revision Commission

---

Constitution of 1968:

## CONSTITUTION OF THE STATE OF FLORIDA

### As Revised in 1968.

---

### PREAMBLE

We, the people of the State of Florida, being grateful to Almighty God for our constitutional liberty, in order to secure its benefits, perfect our government, insure domestic tranquility, maintain public order, and guarantee equal civi l and political rights to all, do ordain and establish this constitution.

---

### ARTICLE I

### DECLARATION OF RIGHTS

Section 1. Political Power. All political power is inherent in the people. The enunciation herein of certain rights shall not be construed to deny or impair others retained by the people.

Section 2. Basic Rights. All natural persons are equal before the law and have inalienable rights, among which are the right to enjoy and defend life and liberty, to pursue happiness, to be rewarded for industry, and to acquire, po ssess and protect property; except that the ownership, inheritance, disposition and possession of real property by aliens ineligible for citizenship may be regulated or prohibited by law. No person shall be deprived of any right because of race or religi on.

Section 3. Religious Freedom. There shall be no law respecting the establishment of religion or prohibiting or penalizing the free exercise thereof. Religious freedom shall not justify practices inconsistent with public morals, peac e or safety. No revenue of the state or any political subdivision or agency thereof shall ever be taken from the public treasury directly or indirectly in aid of any church, sect, or religious denomination or in aid of any sectarian institution.

Section 4. Freedom of Speech and Press. Every person may speak, write and publish his sentiments on all subjects but shall be responsible for the abuse of that right. No law shall be passed to restrain or abridge the liberty of spe ech or of the press. In all criminal prosecutions and civil actions for defamation the truth may be given in evidence. If the matter charged as defamatory is true and was published with good motives, the party shall be acquitted or exonerated.

Section 5. Right to Assemble. The people shall have the right peaceably to assemble, to instruct their representatives, and to petition for redress of grievances.

Section 6. Right to Work. The right of persons to work shall not be denied or abridged on account of membership or non-membership in any labor union or labor organization. The right of employees, by and through a labor organization , to bargain collectively shall not be denied or abridged. Public employees shall not have the right to strike.

Section 7. Military Power. The military power shall be subordinate to the civil.

Section 8. Right to Bear Arms. The right of the people to keep and bear arms in defense of themselves and of the lawful authority of the state shall not be infringed, except that the manner of bearing arms may be regulated by law.

Section 9. Due Process. No person shall be deprived of life, liberty or property without due process of law, or be twice put in jeopardy for the same offense, or be compelled in any criminal matter to be a witness against himself. < /P>

Section 10. Prohibited laws. No bill of attainder, ex post facto law or law impairing the obligation of contracts shall be passed.

Section 11. Imprisonment for Debt. No person shall be imprisoned for debt, except in cases of fraud.

Section 12. Searches and Seizures. The right of the people to be secure in their persons, houses, papers and effects against unreasonable searches and seizures, and against the unreasonable interception of private communications by any means, shall not be violated. No warrant shall be issued except upon probable cause, supported by affidavit, particularly describing the place or places to be searched, the person or persons, thing or things to be seized, the communication to be inte rcepted, and the nature of evidence to be obtained. Articles or information obtained in violation of this right shall not be admissible in evidence.

Section 13. Habeas Corpus. The writ of habeas corpus shall be grantable of right, freely and without cost. It shall be returnable without delay, and shall never be suspended unless, in case of rebellion or invasion, suspension is e ssential to the public safety.

Section 14. Bail. Until adjudged guilty, every person charged with a crime or violation of municipal or county ordinance shall be entitled to release on reasonable bail with sufficient surety unless charged with a capital offense or an offense punishable by life imprisonment and the proof of guilt is evident or the presumption is great.

Section 15. Prosecution for Crime; Offenses Committed by Children.

(a) No person shall be tried for capital crime without presentment or indictment by a grand jury, or for other felony without such presentment or indictment or an information under oath filed by the prosecuting officer of the court, exc ept persons on active duty in the militia when tried by courts martial.

(b) When authorized by law, a child as therein defined may be charged with a violation of law as an act of delinquency instead of crime and tried without a jury or other requirements applicable to criminal cases. Any child so charged s hall, upon demand made as provided by law before a trial in a juvenile proceeding, be tried in an appropriate court as an adult. A child found delinquent shall be disciplined as provided by law.

Section 16. Rights of Accused. In all criminal prosecutions the accused shall, upon demand, be informed of the nature and cause of the accusation against him, and shall be furnished a copy of the charges, and shall have the right to have compulsory process for witnesses, to confront at trial adverse witnesses, to be heard in person, by counsel or both, and to have a speedy and public trial by impartial jury in the county where the crime was committed. If the county is not known, th e indictment or information may charge venue in two or more counties conjunctively and proof that the crime was committed in that area shall be sufficient; but before pleading the accused may elect in which of those counties he will be tried. Venue for p rosecution of crimes committed beyond the boundaries of the state shall be fixed by law.

Section 17. Excessive Punishments. Excessive fines, cruel or unusual punishment, attainder, forfeiture of estate, indefinite imprisonment, and unreasonable detention of witnesses are forbidden.

Section 18. Administrative Penalties. No administrative agency shall impose a sentence of imprisonment, nor shall it impose any other penalty except as provided by law.

Section 19. Costs. No person charged with crime shall be compelled to pay costs before a judgment of conviction has become final.

Section 20. Treason. Treason against the state shall consist only in levying war against it, adhering to its enemies, or giving them aid and comfort, and no person shall be convicted of treason except on the testimony of two witness es to the same overt act or on confession in open court.

Section 21. Access to Courts. The courts shall be open to every person for redress of any injury, and justice shall be administered without sale, denial or delay.

Section 22. Trial by jury. The right of trial by jury shall be secure to all and remain inviolate. The qualifications and the number of jurors, not fewer than six, shall be fixed by law.

# ARTICLE II

# GENERAL PROVISIONS